365 A.2d 649

**COMMONWEALTH of Pennsylvania**

v.

**Richard WILSON, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued Jan. 13, 1976.

Decided Nov. 24, 1976.

Michael J. Stack, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Carolyn E. Temin, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.